# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-09938-RLM-7 |
| | § | |
| DANIEL EUGENE CROUCH | § | |
| ROXANNA LYNN CROUCH | § | |
| | § | |
| Debtors. | § | |

## TRUSTEE'S AMENDED FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/17/2012. The undersigned trustee was appointed on 08/17/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                              $145,328.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $13,671.90 |
    | Administrative expenses | $100,535.72 |
    | Bank service fees | $28.32 |
    | Other Payments to creditors | $1,764.19 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $5,128.82 |
    | Other payments to the debtor | $0.00 |
    | | |
    | Leaving a balance on hand of[1] | $24,199.05 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/20/2012 and the deadline for filing government claims was 02/13/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,259.96. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $7,409.96 as interim compensation and now requests the sum of $2,850.00, for a total compensation of $10,259.96 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $167.83, and now requests reimbursement for expenses of $217.70, for total expenses of $385.53.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/14/2020                             By:   /s/ Gregory K. Silver
                                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 12-09938-RLM-7 | Trustee Name: | Gregory K. Silver |
|---|---|---|---|
| Case Name: | CROUCH, DANIEL EUGENE AND CROUCH, ROXANNA LYNN | Date Filed (f) or Converted (c): | 08/17/2012 (f) |
| For the Period Ending: | 4/14/2020 | §341(a) Meeting Date: | 09/17/2012 |
| | | Claims Bar Date: | 12/20/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 4 bedroom, 2 bath, 3,248 sq. ft. 2 story house, with barn and mobile home on 2.16 acres Location: 5015 N. US Hwy 231, Crawfordsville IN 47933 Purchased: 1/04 Purchase price: 120,000 | $85,000.00 | $0.00 | OA | $0.00 | FA |
| 2 | Personal funds Location: 5015 N. US Hwy 231, Crawfordsville IN 47933 | $50.00 | $0.00 | OA | $0.00 | FA |
| 3 | Checking account # 2165 at Tri-County Bank, Crawfordsville, IN | $650.00 | $0.00 | OA | $0.00 | FA |
| 4 | Couch, chair, coffee table, end tables, book shelf, computer, TV's, DVD player & DVD movies, beds, dressers, night stand, toddler bed, baby bed, dining table & chairs, hutch, fridge, stove, freezer, washer, dryer, stereo, misc. household goods. Location: 5015 N. US Hwy 231, Crawfordsville IN 47933 | $1,500.00 | $0.00 | OA | $0.00 | FA |
| 5 | Clothing Location: 5015 N. US Hwy 231, Crawfordsville IN 47933 | $500.00 | $0.00 | OA | $0.00 | FA |
| 6 | Costume Jewelry Location: 5015 N. US Hwy 231, Crawfordsville IN 47933 | $100.00 | $0.00 | OA | $0.00 | FA |
| 7 | Debtors have received and spent their FY 2011 tax refund ($6,210) Location: 5015 N. US Hwy 231, Crawfordsville IN 47933 | $0.00 | $0.00 | OA | $0.00 | FA |
| 8 | 2002 Ford F-150, pick up truck in good condition Location: 5015 N. US Hwy 231, Crawfordsville IN 47933 | $4,975.00 | $0.00 | OA | $0.00 | FA |
| 9 | 2011 Sure-Trac utility trailer in fair condition Location: 5015 N. US Hwy 231, Crawfordsville IN 47933 | $1,500.00 | $0.00 | OA | $0.00 | FA |
| 10 | Riding lawn mower Location: 5015 N. US Hwy 231, Crawfordsville IN 47933 | $1,000.00 | $0.00 | OA | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit A

| Case No.: | 12-09938-RLM-7 | Trustee Name: | Gregory K. Silver |
| Case Name: | CROUCH, DANIEL EUGENE AND CROUCH, ROXANNA LYNN | Date Filed (f) or Converted (c): | 08/17/2012 (f) |
| For the Period Ending: | 4/14/2020 | §341(a) Meeting Date: | 09/17/2012 |
| | | Claims Bar Date: | 12/20/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11  2012 Federal and State Tax Refunds  (u) | $3,199.18 | $3,199.18 | | $8,328.00 | FA |
| 12  Personal injury claim  (u) | $80,000.00 | $80,000.00 | | $80,000.00 | FA |
| Asset Notes:  Recovery of mesh class action claim of $80,000 gross/$14,420.83 net- after closing costs deducted as approved by US Bankruptcy Court Order  docs 41 and 42 | | | | | |
| 13  Additional Defendant mesh case-Ethicon  (u) | $57,000.00 | $26,292.05 | | $57,000.00 | FA |

**TOTALS (Excluding unknown value)**     $235,474.18     $109,491.23     $145,328.00     **Gross Value of Remaining Assets**     $0.00

**Major Activities affecting case closing:**

| 03/31/2020 | Working on TFR |
| 09/30/2019 | Liens settled, awaiting Settlement Sheet to do Motion to Settle |
| 06/24/2019 | personal injury mesh case  recovery of $45000 from addl defendant  -pending pro rata expenses/costs from mesh class suit court |
| 03/31/2019 | pending addl defendant settlement |

Initial Projected Date Of Final Report (TFR):    07/01/2016        Current Projected Date Of Final Report (TFR):    06/30/2020        /s/ GREGORY K. SILVER

GREGORY K. SILVER

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 12-09938-RLM-7 | Trustee Name: | Gregory K. Silver |
|---|---|---|---|
| Case Name: | CROUCH, DANIEL EUGENE AND CROUCH, ROXANNA LYNN | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***2665 | Checking Acct #: | ******1286 |
| Co-Debtor Taxpayer ID #: | **-***2665 | Account Title: | Crouch Checking |
| For Period Beginning: | 8/17/2012 | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 4/14/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/20/2013 | (11) | United States Treasury | Federal tax refund | 1224-000 | $8,328.00 | | $8,328.00 |
| 03/22/2013 | 3001 | DANIEL CROUCH AND ROXANNA CROUCH | Debtors' portion of tax refund | 8100-002 | | $5,128.82 | $3,199.18 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $3.17 | $3,196.01 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.99 | $3,191.02 |
| 06/14/2013 | 3002 | Gregory K. Silver | Trustee Compensation | 2100-000 | | $799.80 | $2,391.22 |
| 06/14/2013 | 3003 | Gregory K. Silver | Trustee Expenses | 2200-000 | | $120.64 | $2,270.58 |
| 06/14/2013 | 3004 | American InfoSource LP as agent for | Account Number: 4213; Claim #: 1; Notes: ; Amount Claimed: 7,975.74; Amount Allowed: 7,975.74; Dividend: 5.43; Distribution Dividend: 2.18; | 7100-000 | | $173.51 | $2,097.07 |
| 06/14/2013 | 3005 | American InfoSource LP as agent for | Account Number: 2551; Claim #: 2; Notes: ; Amount Claimed: 14,041.31; Amount Allowed: 14,041.31; Dividend: 9.57; Distribution Dividend: 2.18; | 7100-000 | | $305.44 | $1,791.63 |
| 06/14/2013 | 3006 | Cavalry Portfolio Services | Account Number: 6354; Claim #: 3; Notes: (3-1) Cavalry Portfolio Services LLC as assignee of Bank of America/FIA Card Services, N.A.; Amount Claimed: 18,065.65; Amount Allowed: 18,065.65; Dividend: 12.31; Distribution Dividend: 2.18; | 7100-000 | | $392.98 | $1,398.65 |
| 06/14/2013 | 3007 | Cavalry Portfolio Services | Account Number: 8750; Claim #: 4; Notes: (4-1) Cavalry Portfolio Services LLC as assignee of Bank of America/FIA Card Services, N.A.; Amount Claimed: 13,532.77; Amount Allowed: 13,532.77; Dividend: 9.22; Distribution Dividend: 2.18; | 7100-000 | | $294.38 | $1,104.27 |
| 06/14/2013 | 3008 | MED-1 SOLUTIONS, LLC | Account Number: 300001081631; Claim #: 5; Notes: (5-1) MEDICAL BILL ONLY; Amount Claimed: 33,686.24; Amount Allowed: 33,686.24; Dividend: 22.96; Distribution Dividend: 2.18; | 7100-000 | | $732.78 | $371.49 |
| 06/14/2013 | 3009 | IMC CREDIT SERVICES, LLC. | Account Number: 5771; Claim #: 6; Notes: ; Amount Claimed: 17,077.65; Amount Allowed: 17,077.65; Dividend: 11.64; Distribution Dividend: 2.18; | 7100-000 | | $371.49 | $0.00 |
| | | | SUBTOTALS | | $8,328.00 | $8,328.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 12-09938-RLM-7 | Trustee Name: | Gregory K. Silver |
|---|---|---|---|
| Case Name: | CROUCH, DANIEL EUGENE AND CROUCH, ROXANNA LYNN | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***2665 | Checking Acct #: | ******1286 |
| Co-Debtor Taxpayer ID #: | **-***2665 | Account Title: | Crouch Checking |
| For Period Beginning: | 8/17/2012 | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 4/14/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2016 | | 2014 AMS Qualified Settlement Fund | Recovery of mesh defect class action personal injury claim of $80,000.00 -closing costs deducted by federal case and per Bankruptcy Court Order approving of closing costs deductions and settlement per documents 41 and 42 | * | $14,420.83 | | $14,420.83 |
| | | | Administrative fees ordered by US District Court of W. VA   $(2,000.00) | 2990-000 | | | $14,420.83 |
| | | | Lien holdback pro rata per US Dist Court of W.Va   $(20,260.00) | 2990-000 | | | $14,420.83 |
| | | | MCD assessment pro rata ordered by US District Court of W. VA   $(4,000.00) | 2990-000 | | | $14,420.83 |
| | | | Attorney fees - Dudley Law Firm per US District Court of W. VA   $(34,200.00) | 3210-600 | | | $14,420.83 |
| | | | Pro rata expenses per US District Court of W. VA   $(5,119.17) | 2990-000 | | | $14,420.83 |
| | {12} | | $80,000.00 | 1242-000 | | | $14,420.83 |
| 03/16/2016 | 3010 | Svetlana Fridman | 3.16.16 Court ordered accountant for Trustee fees | 3410-000 | | $962.50 | $13,458.33 |
| 03/21/2016 | 3011 | Katz & Korin, PC | Court Ordered Counsel fees | * | | $2,697.29 | $10,761.04 |
| | | | Attorney for Trustee fees per 3.16.16 Court Order   $(2,690.00) | 3210-000 | | | $10,761.04 |
| | | | Attorney for Trustee expenses per 3.16.16 Court Order   $(7.29) | 3220-000 | | | $10,761.04 |
| 03/23/2016 | 3012 | Clerk U.S. Bankruptcy Court | Deferred reopening fee per 9.17.15 Court Order | 2700-000 | | $260.00 | $10,501.04 |
| 03/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $20.16 | $10,480.88 |
| 04/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $16.32 | $10,464.56 |
| 05/05/2016 | | Bank of Texas | Reverse bank fee | 2600-000 | | ($16.32) | $10,480.88 |
| 06/14/2016 | 3013 | Gregory K. Silver | Trustee Compensation | 2100-000 | | $6,610.16 | $3,870.72 |
| 06/14/2016 | 3014 | Gregory K. Silver | Trustee Expenses | 2200-000 | | $47.19 | $3,823.53 |
| 06/14/2016 | 3015 | American InfoSource LP as agent for | Account Number: 4213; Claim #: 1; Notes: ; Amount Claimed: 7,975.74; Amount Allowed: 7,975.74; Dividend: 2.78; Distribution Dividend: 5.84; | 7100-000 | | $292.14 | $3,531.39 |
| | | | SUBTOTALS | | $14,420.83 | $10,889.44 | |

**FORM 2**      Page No: 3      Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 12-09938-RLM-7 | |
| **Case Name:** | CROUCH, DANIEL EUGENE AND CROUCH, ROXANNA LYNN | |
| **Primary Taxpayer ID #:** | **-***2665 | |
| **Co-Debtor Taxpayer ID #:** | **-***2665 | |
| **For Period Beginning:** | 8/17/2012 | |
| **For Period Ending:** | 4/14/2020 | |

| | |
|---|---|
| **Trustee Name:** | Gregory K. Silver |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******1286 |
| **Account Title:** | Crouch Checking |
| **Blanket bond (per case limit):** | $48,364,291.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/14/2016 | 3016 | American InfoSource LP as agent for | Account Number: 2551; Claim #: 2; Notes: ; Amount Claimed: 14,041.31; Amount Allowed: 14,041.31; Dividend: 4.90; Distribution Dividend: 5.84; | 7100-000 | | $514.35 | $3,017.04 |
| 06/14/2016 | 3017 | Cavalry Portfolio Services | Account Number: 6354; Claim #: 3; Notes: (3-1) Cavalry Portfolio Services LLC as assignee of Bank of America/FIA Card Services, N.A.; Amount Claimed: 18,065.65; Amount Allowed: 18,065.65; Dividend: 6.31; Distribution Dividend: 5.84; | 7100-000 | | $661.77 | $2,355.27 |
| 06/14/2016 | 3018 | Cavalry Portfolio Services | Account Number: 8750; Claim #: 4; Notes: (4-1) Cavalry Portfolio Services LLC as assignee of Bank of America/FIA Card Services, N.A.; Amount Claimed: 13,532.77; Amount Allowed: 13,532.77; Dividend: 4.72; Distribution Dividend: 5.84; | 7100-000 | | $495.72 | $1,859.55 |
| 06/14/2016 | 3019 | MED-1 SOLUTIONS, LLC | Account Number: 300001081631; Claim #: 5; Notes: (5-1) MEDICAL BILL ONLY; Amount Claimed: 33,686.24; Amount Allowed: 33,686.24; Dividend: 11.77; Distribution Dividend: 5.84; | 7100-000 | | $1,233.97 | $625.58 |
| 06/14/2016 | 3020 | IMC CREDIT SERVICES, LLC. | Account Number: 5771; Claim #: 6; Notes: ; Amount Claimed: 17,077.65; Amount Allowed: 17,077.65; Dividend: 5.96; Distribution Dividend: 5.84; | 7100-000 | | $625.58 | $0.00 |
| | | | **SUBTOTALS** | | $0.00 | $3,531.39 | |

Page No: 4   Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-09938-RLM-7 | |
| **Case Name:** | CROUCH, DANIEL EUGENE AND CROUCH, ROXANNA LYNN | |
| **Primary Taxpayer ID #:** | **-***2665 | |
| **Co-Debtor Taxpayer ID #:** | **-***2665 | |
| **For Period Beginning:** | 8/17/2012 | |
| **For Period Ending:** | 4/14/2020 | |

| | |
|---|---|
| **Trustee Name:** | Gregory K. Silver |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******1286 |
| **Account Title:** | Crouch Checking |
| **Blanket bond (per case limit):** | $48,364,291.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $22,748.83 | $22,748.83 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $22,748.83 | $22,748.83 | |
| | | | Less: Payments to debtors | | $0.00 | $5,128.82 | |
| | | | **Net** | | $22,748.83 | $17,620.01 | |

**For the period of 8/17/2012 to 4/14/2020**

| | |
|---|---|
| Total Compensable Receipts: | $88,328.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $88,328.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $83,199.18 |
| Total Non-Compensable Disbursements: | $5,128.82 |
| Total Comp/Non Comp Disbursements: | $88,328.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/20/2013 to 4/14/2020**

| | |
|---|---|
| Total Compensable Receipts: | $88,328.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $88,328.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $83,199.18 |
| Total Non-Compensable Disbursements: | $5,128.82 |
| Total Comp/Non Comp Disbursements: | $88,328.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 5    Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-09938-RLM-7 | Trustee Name: | Gregory K. Silver |
|---|---|---|---|
| Case Name: | CROUCH, DANIEL EUGENE AND CROUCH, ROXANNA LYNN | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2665 | Checking Acct #: | ******9938 |
| Co-Debtor Taxpayer ID #: | **-***2665 | Account Title: | Checking |
| For Period Beginning: | 8/17/2012 | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 4/14/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/22/2020 | | Wagstaff & Cartmell LLP | Partial payment- settlement-Ethicon | * | $15,060.81 | | $15,060.81 |
| | {13} | | Gross Settlement Amt is $57,0000 (it comprises of 3 deposits, this one and one on 1/22 for 3231.24 and 1/23 for 8000.00), I deducted the other two deposits for a difference of $45,768.76 gross. | $45,768.76 | 1242-000 | | $15,060.81 |
| | | | 2.00% MDL Court Ordered Assessment to be paid by Disbursement agent | $(1,140.00) | 3991-000 | | $15,060.81 |
| | | | The Dudley Law Firm, LLC Case Specific Expenses | $(1,548.43) | 3220-000 | | $15,060.81 |
| | | | Wagstaff & Cartmell for Dudley Law Firm, Pro Rata Wave & General Expenses | $(1,441.42) | 3220-000 | | $15,060.81 |
| | | | Providio Expenses for Dudley Law Firm | $(1,200.00) | 3220-000 | | $15,060.81 |
| | | | 3.00% MDL Court Ordered Assessment (taken of out of Attorney's Fees) | $(1,710.00) | 3991-000 | | $15,060.81 |
| | | | Dudley Law referral fee for Wagstaff Cartmell | $(3,231.24) | 3210-000 | | $15,060.81 |
| | | | The Dudley Law Firm, LLC Fees | $(18,672.67) | 3210-000 | | $15,060.81 |
| | | | Lien - Payoff to Discovery Health Partners by Disbursing agent | $(1,764.19) | 4220-000 | | $15,060.81 |
| 01/22/2020 | (13) | Wagstaff & Cartmell, LLP | Partial payment-settlement -Ethicon | | 1242-000 | $3,231.24 | $18,292.05 |
| 01/23/2020 | (13) | The Dudley Firm LLC | settlement Ethicon | | 1242-000 | $8,000.00 | $26,292.05 |
| 02/22/2020 | 4001 | Clerk U.S. Bankruptcy Court | Per Court order (Doc 71) | | 2700-000 | | $260.00 | $26,032.05 |
| 02/27/2020 | 4002 | Jackson Hile Kight | Per 2.27.2020 Court order | | 3110-000 | | $870.00 | $25,162.05 |
| 03/09/2020 | 4003 | Lana Fridman CPA | Accountant fee per 3.9.2020 Court order | | 3410-000 | | $963.00 | $24,199.05 |

SUBTOTALS    $26,292.05    $2,093.00

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 12-09938-RLM-7 | Trustee Name: | Gregory K. Silver |
|---|---|---|---|
| Case Name: | CROUCH, DANIEL EUGENE AND CROUCH, ROXANNA LYNN | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2665 | Checking Acct #: | ******9938 |
| Co-Debtor Taxpayer ID #: | **-***2665 | Account Title: | Checking |
| For Period Beginning: | 8/17/2012 | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 4/14/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTALS: | | $26,292.05 | $2,093.00 | $24,199.05 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $26,292.05 | $2,093.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $26,292.05 | $2,093.00 | |

**For the period of 8/17/2012 to 4/14/2020**

| | |
|---|---|
| Total Compensable Receipts: | $57,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $57,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $32,800.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32,800.95 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 01/22/2020 to 4/14/2020**

| | |
|---|---|
| Total Compensable Receipts: | $57,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $57,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $32,800.95 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32,800.95 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 7        Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 12-09938-RLM-7 | Trustee Name: | Gregory K. Silver |
| Case Name: | CROUCH, DANIEL EUGENE AND CROUCH, ROXANNA LYNN | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2665 | Checking Acct #: | ******9938 |
| Co-Debtor Taxpayer ID #: | **-***2665 | Account Title: | Checking |
| For Period Beginning: | 8/17/2012 | Blanket bond (per case limit): | $48,364,291.00 |
| For Period Ending: | 4/14/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $49,040.88 | $24,841.83 | $24,199.05 |

**For the period of 8/17/2012 to 4/14/2020**

| | |
|---|---|
| Total Compensable Receipts: | $145,328.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $145,328.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $116,000.13 |
| Total Non-Compensable Disbursements: | $5,128.82 |
| Total Comp/Non Comp Disbursements: | $121,128.95 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/17/2012 to 4/14/2020**

| | |
|---|---|
| Total Compensable Receipts: | $145,328.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $145,328.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $116,000.13 |
| Total Non-Compensable Disbursements: | $5,128.82 |
| Total Comp/Non Comp Disbursements: | $121,128.95 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GREGORY K. SILVER

GREGORY K. SILVER

| Case No. | 12-09938-RLM-7 | | | | | | | | | | Trustee Name: | Gregory K. Silver |
| Case Name: | CROUCH, DANIEL EUGENE AND CROUCH, ROXANNA LYNN | | | | | | | | | | Date: | 4/14/2020 |
| Claims Bar Date: | 12/20/2012 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR  Midland Funding LLC  PO Box 268941  Oklahoma City OK 73126-8941 | 10/01/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $16,278.00 | $7,975.74 | $7,975.74 | $465.65 | $0.00 | $0.00 | $7,510.09 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR  Midland Funding LLC  PO Box 268941  Oklahoma City OK 73126-8941 | 10/01/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $14,042.00 | $14,041.31 | $14,041.31 | $819.79 | $0.00 | $0.00 | $13,221.52 |
| 3 | CAVALRY PORTFOLIO SERVICES  500 Summit Lake Drive, Ste 400  Valhalla NY 10595 | 11/06/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $29,950.00 | $18,065.65 | $18,065.65 | $1,054.75 | $0.00 | $0.00 | $17,010.90 |

**Claim Notes:**   (3-1) Cavalry Portfolio Services LLC as assignee of Bank of America/FIA Card Services, N.A.

| 4 | CAVALRY PORTFOLIO SERVICES  500 Summit Lake Drive, Ste 400  Valhalla NY 10595 | 11/06/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $11,653.00 | $13,532.77 | $13,532.77 | $790.10 | $0.00 | $0.00 | $12,742.67 |

**Claim Notes:**   (4-1) Cavalry Portfolio Services LLC as assignee of Bank of America/FIA Card Services, N.A.

| 5 | MED-1 SOLUTIONS, LLC  517 US HIGHWAY 31 NORTH  GREENWOOD IN 46142 | 11/23/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $94,381.00 | $33,686.24 | $33,686.24 | $1,966.75 | $0.00 | $0.00 | $31,719.49 |

**Claim Notes:**   (5-1) MEDICAL BILL ONLY

| 6 | IMC CREDIT SERVICES, LLC.  PO BOX 20636  INDIANAPOLIS IN 46220 | 12/18/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $285.00 | $17,077.65 | $17,077.65 | $997.07 | $0.00 | $0.00 | $16,080.58 |
|  |  |  |  |  |  | $104,379.36 | $104,379.36 | $6,094.11 | $0.00 | $0.00 | $98,285.25 |

CLAIM ANALYSIS REPORT    Page No: 2    Exhibit C

| Case No. | 12-09938-RLM-7 | Trustee Name: | Gregory K. Silver |
| --- | --- | --- | --- |
| Case Name: | CROUCH, DANIEL EUGENE AND CROUCH, ROXANNA LYNN | Date: | 4/14/2020 |
| Claims Bar Date: | 12/20/2012 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- |
| General Unsecured § 726(a)(2) | $104,379.36 | $104,379.36 | $6,094.11 | $0.00 | $0.00 | $98,285.25 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      12-09938-RLM-7
Case Name:     DANIEL EUGENE CROUCH
               ROXANNA LYNN CROUCH
Trustee Name:  Gregory K. Silver

|  |  |
|---|---:|
| Balance on hand: | $24,199.05 |

Claims of secured creditors will be paid as follows: NONE

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $24,199.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Gregory K. Silver, Trustee Fees | $10,259.96 | $7,409.96 | $2,850.00 |
| Gregory K. Silver, Trustee Expenses | $385.53 | $167.83 | $217.70 |
| Jackson Hile Kight, Attorney for Trustee Fees | $870.00 | $870.00 | $0.00 |
| Attorney for Trustee expenses per 3.16.16 Court Order, Attorney for Trustee Expenses | $7.29 | $7.29 | $0.00 |
| Lana Fridman CPA , Accountant for Trustee Fees | $963.00 | $963.00 | $0.00 |
| Clerk U.S. Bankruptcy Court, Clerk of the Court Costs | $260.00 | $260.00 | $0.00 |
| Other: Attorney for Trustee fees per 3.16.16 Court Order, Attorney for Trustee Fees | $2,690.00 | $2,690.00 | $0.00 |
| Other: Dudley Law referral fee for Wagstaff Cartmell, Attorney for Trustee Fees | $3,231.24 | $3,231.24 | $0.00 |
| Other: The Dudley Law Firm, LLC Fees, Attorney for Trustee Fees | $18,672.67 | $18,672.67 | $0.00 |
| Other: Attorney fees - Dudley Law Firm per US District Court of W. VA, Special Counsel for Trustee Fees | $34,200.00 | $34,200.00 | $0.00 |
| Other: Providio Expenses for Dudley Law Firm, Attorney for Trustee Expenses | $1,200.00 | $1,200.00 | $0.00 |
| Other: The Dudley Law Firm, LLC Case Specific Expenses, Attorney for Trustee Expenses | $1,548.43 | $1,548.43 | $0.00 |
| Other: Wagstaff & Cartmell for Dudley Law Firm, | $1,441.42 | $1,441.42 | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | |
|---|---:|---:|---:|
| Pro Rata Wave & General Expenses, Attorney for Trustee Expenses | | | |
| Other: Svetlana Fridman, Accountant for Trustee Fees | $962.50 | $962.50 | $0.00 |
| Other: 2.00% MDL Court Ordered Assessment to be paid by Disbursement agent, Other Professional Fees | $1,140.00 | $1,140.00 | $0.00 |
| Other: 3.00% MDL Court Ordered Assessment (taken of out of Attorney's Fees), Other Professional Fees | $1,710.00 | $1,710.00 | $0.00 |

          Total to be paid for chapter 7 administrative expenses:    $3,067.70
          Remaining balance:    $21,131.35

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

          Total to be paid to prior chapter administrative expenses:    $0.00
          Remaining balance:    $21,131.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

          Total to be paid to priority claims:    $0.00
          Remaining balance:    $21,131.35

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $104,379.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | American InfoSource LP as agent for | $7,975.74 | $465.65 | $1,614.68 |
| 2 | American InfoSource LP as agent for | $14,041.31 | $819.79 | $2,842.63 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 3 | Cavalry Portfolio Services | $18,065.65 | $1,054.75 | $3,657.35 |
| 4 | Cavalry Portfolio Services | $13,532.77 | $790.10 | $2,739.68 |
| 5 | MED-1 SOLUTIONS, LLC | $33,686.24 | $1,966.75 | $6,819.69 |
| 6 | IMC CREDIT SERVICES, LLC. | $17,077.65 | $997.07 | $3,457.32 |

| | |
|---:|---:|
| Total to be paid to timely general unsecured claims: | $21,131.35 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---:|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---:|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**